# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-00328-01-CR-W-DW |
| MICHAEL LARSON, | ) |
| Defendant. | ) |

# ORDER

Pending before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation to Deny Defendant's Motion to Suppress Evidence (Doc. 57). The Defendant has timely filed objections to the Report. Doc. 58. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's findings of fact and conclusions of law. Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 57) be attached to and made a part of this Order; it is further

ORDERED that the Defendant's Motion to Suppress Additional Potential Trial Evidence (Doc. 53) is DENIED.

IT IS SO ORDERED.

Date: December 1, 2011

/s/ Dean Whipple
Dean Whipple
United States District Judge